IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| JONTA CUNNINGHAM, <br><br> Plaintiff, <br><br> v. <br><br> BARRY MARTIN MCCOY <br><br> and <br><br> JHJ TRUCKING, LLC, <br><br> Defendants. | Civil Action No.: 3:23-cv-254 |

## NOTICE OF REMOVAL

Barry Martin McCoy ("McCoy") and JHJ Trucking, LLC ("JHJ"), by counsel, pursuant to 28 U.S.C. sections 1441 and 1446, file this Notice of Removal to remove this action from the Circuit Court for the City of Richmond, Virginia. In support, they state as follows:

1. The plaintiff filed suit against the defendants in the Circuit Court for the City of Richmond on March 24, 2023. A copy of the Complaint, Summons and Answer are attached hereto pursuant to 28 U.S.C. § 1446.

2. This Court has removal jurisdiction over this matter as there is diversity of citizenship between Plaintiff (a resident of Virginia) and Defendants, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

3. Defendant McCoy is a resident of the state of North Carolina. JHJ is a limited liability company formed in North Carolina with its principal place of business in Clayton, NC. The sole member of the LLC is Kevin Cook, who is a resident of the state of North Carolina.

4.  Plaintiff served Defendant McCoy on March 29, 2023.  Service was requested on Defendant JHJ through the Secretary of the Commonwealth, but JHJ has yet to receive the service.  This Notice is filed within 30 days after Defendant McCoy was served.

5.  Defendants have given notice of the filing of this Notice of Removal to counsel for the plaintiff, and has filed a copy with the Clerk of the Circuit Court for the City of Richmond.

6.  Venue is proper pursuant to 28 U.S.C. § 1391(a).

WHEREFORE, Defendant Barry Martin McCoy and JHJ Trucking, LLC request that this Court remove this action from the Circuit Court for the City of Richmond.

          **BARRY MARTIN MCCOY and**
          **JHJ TRUCKING, LLC**

          By Counsel

_/s/_
James R. Jebo (VSB No. 48418)
*Counsel for Barry Martin McCoy and JHJ Trucking, LLC*
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
jjebo@hccw.com

## **C E R T I F I C A T E**

      I hereby certify that on the 14th day of April, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following.

      Keith B. Marcus, Esq.
      VSB No. 32775
      Blank & Marcus, LLP
      1804 Staples Mill Road
      Richmond, VA 23230
      804-554-0351 x 119 - Phone
      804-353-1839 - Fax
      keithmarcus@blankmarcus.com

              /s/
              James R. Jebo (VSB No. 48418)
              *Counsel for Barry Martin McCoy and JHJ Trucking, LLC*
              Harman, Claytor, Corrigan & Wellman
              P.O. Box 70280
              Richmond, Virginia  23255
              804-747-5200 - Phone
              804-747-6085 - Fax
              jjebo@hccw.com