IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JONTA CUNNINGHAM
    Plaintiff,

v.
                                        Civil Case No. 3:23cv254

BARRY MARTIN MCCOY
& JHJ TRUCKING, LLC
    Defendants.

## FINAL ORDER

On August 10, 2023, the parties jointly filed a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 6.) The Court acknowledges this voluntary dismissal and DIRECTS the Clerk to close this case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 10 August 2023
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge